IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**THE UNITED STATES OF AMERICA,** **PLAINTIFF**
*ex rel.* **HENRY ROOP**

**V.** **NO. 1:14-CV-00079-DMB-SAA**

**SOUTHERN PHARMACEUTICAL
CORPORATION, a Mississippi
Corporation; GLENN A. LINGLE,
Individually; and DOUGLAS E. MARTIN,
Individually** **DEFENDANTS**

**JUDGMENT OF
DISMISSAL WITHOUT PREJUDICE**

On March 4, 2015, Relator Henry Roop filed a Notice of Voluntary Dismissal seeking to dismiss this False Claims Act action without prejudice pursuant to Rule 41(a)(1)(A)(i). Doc. #9. On March 9, 2015, the United States filed a Notice of Consent to the dismissal without prejudice pursuant to 31 U.S.C. § 3730(b)(1). Doc. #10. Accordingly, insofar as no defendant has filed an answer or a motion for summary judgment and the Government has consented to the proposed dismissal, this matter is **DISMISSED without prejudice**. *See Bailey v. Shell W. E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010) (voluntary dismissals of False Claims Act actions governed by Rule 41 and 31 U.S.C. § 3730(b)(1)).

SO ORDERED, this 10th day of March, 2015.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**